**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **CHAOFENG WANG,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-374-G** |
| | ) | |
| **MARKWAYNE MULLIN, Secretary,** | ) | |
| **U.S. Department of Homeland Security,** | ) | |
| **in his official capacity, et al.,** | ) | |
| | ) | |
| **Respondents.**[1] | ) | |

## ORDER

On March 1, 2026, Petitioner Chaofeng Wang filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241.  In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda L. Maxfield for preliminary review.

On April 3, 2026, Judge Maxfield issued a Report and Recommendation ("R. & R.," Doc. No. 14), in which she recommended this action be dismissed as moot.  *See id.* at 1-3; *see also Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026).  In the R. & R., Judge Maxfield advised the parties of their right to object to the R. & R. by April 10, 2026.  Judge Maxfield also advised that a failure to timely object

---

[1] Markwayne Mullin, the current Secretary of the U.S. Department of Homeland Security, David J. Venturella, Acting Director of U.S. Immigration and Customs Enforcement ("ICE"), and Chris Gantt, Warden of the Cimarron Correctional Facility, are hereby substituted as respondents for Kristi Noem, Todd Lyons, and Scarlet Grant, respectively, pursuant to Rules 25(d) and 81(a)(4) of the Federal Rules of Civil Procedure.

would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

As of this date, no party has submitted an objection to the R. & R., sought leave for additional time to do so, or otherwise been in contact with the Court.

## CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 14) is ADOPTED in its entirety.  The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED as moot.  A separate judgment shall be entered.

IT IS SO ORDERED this 23rd day of July, 2026.

CHARLES B. GOODWIN
United States District Judge

2